JONATHAN O. PENA, SBN#278044
Law Office of Jonathan Pena
333 W. Shaw Ave., Ste. 102
Fresno, CA  93722
Ph: 559-412-5390, Fax: 866-282-6709
info@jonathanpena.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| CORRY FLORES NAVARRO,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No.: 1:14-cv-00296-BAM<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME TO SERVE PLAINTIFF'S LETTER BRIEF |

　　　IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for serving Plaintiff's LETTER BRIEF be extended from September 4, 2014, to November 3, 2014.   This is Plaintiff's first request for an extension by stipulation of the parties.

　　　During the course of the last month, my office underwent significant changes including a reduction on support staff, and personal illness from which I am now fully recovered.  Counsel apologizes to the Court and all parties involved for any inconvenience caused by this delay.

Dated:  October 3, 2014

　　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　　*/s/__Jonathan Omar Pena__*
　　　　　　　　　　　　　　　　　　　JONATHAN OMAR PENA
　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

| | |
|---|---|
| Dated:  October 3, 2014 | BENJAMIN B. WAGNER<br>United States Attorney<br>DONNA L. CALVERT<br>Regional Chief Counsel, Region IX<br>Social Security Administration |
| | **(As authorized via email on October 3, 2014)** |
| By: | /s/ _Donna Wade Anderson_____<br>Donna Wade Anderson<br>Special Assistant United States Attorney |
| | Attorneys for Defendant |

ORDER

APPROVED AND SO ORDERED:

IT IS SO ORDERED.

Dated:   **October 6, 2014**          /s/ *Barbara A. McAuliffe*         
                                          UNITED STATES MAGISTRATE JUDGE