JONATHAN O. PENA, SBN#278044
Law Office of Jonathan Pena
333 W. Shaw Ave., Ste. 102
Fresno, CA  93722
Ph: 559-412-5390, Fax: 866-282-6709
info@jonathanpena.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| CORRY FLORES NAVARRO,<br><br>    Plaintiff,<br><br> vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:14-cv-00296-BAM<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME TO SERVE PLAINTIFF'S OPENING BRIEF |

  IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for serving Plaintiff's OPENING BRIEF be extended from January 2, 2015, to February 1, 2015.  This is Plaintiff's first request for an extension to submit Plaintiff's Opening Brief and second request for an extension in this matter.

  Due to the holidays and reduced staff, Counsel needs additional time to research and review the administrative record.  Counsel apologizes to the Court and all parties involved for any inconvenience caused by this delay.

Dated:  January 7, 2015

            Respectfully submitted,
            /s/__Jonathan Omar Pena__
            JONATHAN OMAR PENA
            Attorney for Plaintiff

Dated: January 7, 2015

BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel, Region IX
Social Security Administration

**(As authorized via email on 1/7/15)**
By: /s/ _Donna Wade Anderson_____
Donna Wade Anderson
Special Assistant United States Attorney
Attorneys for Defendant

## ORDER

The Court adopts the parties' stipulation. Plaintiff's opening brief is now due no later than February 1, 2015. All other dates outlined in this Court's scheduling order issued on March 5, 2014 (Doc. 5) are modified accordingly.

IT IS SO ORDERED.

Dated: **January 12, 2015**                    /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE

2